IN RE STEELE.

[Cite as *In re Steele,* 115 Ohio St.3d 436, 2007-Ohio-5265.]

(No. 2007–1310—Submitted September 12, 2007—Decided October 11, 2007.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re Adams,* 115 Ohio St.3d 86, 2007-Ohio-4840, 873 N.E.2d 886.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Joseph C. Young, Assistant Prosecuting Attorney, for appellant, Cuyahoga County Department of Children and Family Services.

John H. Lawson, for appellee.